Rodney E. BRADLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 68616.

Missouri Court of Appeals,
Western District.

Aug. 12, 2008.

Rodney E. Bradley, Cameron, MO, pro se.

Jamie P. Rasmussen, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM.

Rodney E. Bradley appeals the circuit court's judgment denying his petition for return of property under section 542.301, RSMo Cum.Supp. 2007. We affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

William A. POWELL, Appellant.

No. WD 68403.

Missouri Court of Appeals,
Western District.

Aug. 12, 2008.

Nancy A. McKerrow, Columbia, MO, for appellant.

Shaun J. Mackelprang, and Mary H. Moore, Jefferson City, MO, for respondent.

Before DIV III: ELLIS, P.J., HARDWICK and DANDURAND JJ.

### Order

PER CURIAM.

William Powell challenges the sufficiency of the evidence to support his conviction for driving while intoxicated, a violation of Section 577.010, RSMo 2000. For reasons explained in a Memorandum provided to the parties, we affirm the judgment of conviction. Rule 30.25(b).